**INDEX OF EXHIBITS**
*United States v. Ponce Galvan*
21CR2227-H

| | |
|---|---|
| Exhibit A: | Declaration of Professor Kelly Lytle Hernandez |
| Exhibit B: | Immigration Committee Report - The Eugenical Aspects of Deportation, February 21, 1928 |
| Exhibit C: | Congressional Record House 3614, February 16, 1929 |
| Exhibit D: | Congressional Record House 5887, April 8, 1924 |
| Exhibit E: | Congressional Record House 2818, February 9, 1928 |
| Exhibit F: | Congressional Record House 2462, February 3, 1928 |
| Exhibit G: | Immigration Committee Report, January 12, 1926 |
| Exhibit H: | Senate Report No. 1456 – Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Conditions in Violation of Law, January 17, 1929 |
| Exhibit I: | Congressional Record Senate 5094, January 23, 1929 |
| Exhibit J: | House Report No. 2397 – Deportation of Aliens, February 6, 1929 |
| Exhibit K: | Congressional Record House 3525, February 15, 1929 |
| Exhibit L: | March 4, 1929 Law |
| Exhibit M: | Professor Kelly Lytle Hernandez CV |
| Exhibit N: | Professor Benjamin Gonzalez O'Brien CV |