# EXHIBIT B

[TRANSLATION]

FOLIO
1528201





# United Mexican States

# Death Certificate

**Electronic Identification Number**

16082000120220002411



**Unique Population Registry Number**

EAPI900505HMNSNV05

**SSA death certificate number**

200436412

**State where registered**

**MICHOACAN DE OCAMPO**

**Municipality where registered**

**TACAMBARO**

| Office | Book | Record | Registration Date |
|---|---|---|---|
| 1 | 6 | 210 | 06/30/2020 |

## Deceased Personal Information:

| JOSE IVAN | ESTRADA | PONCE |
|---|---|---|
| Name(s): | First Last Name: | Second Last Name: |

| MALE | SINGLE | 05/05/1990 |
|---|---|---|
| Sex: | Marital Status: | Date of Birth: |

| TURICATO, MICHOACAN DE OCAMPO | --------------- | MEXICAN |
|---|---|---|
| Place of Birth: | Place of Birth Certificate Registration: | Nationality: |

## Death particulars:

| 06/24/2020 | 08:00 | CARRETERA TACAMBARO-PURUARAN, CHUPIO, TACAMBARO, MICHOACAN | INTERMENT |
|---|---|---|---|
| Date: | Time: | Place: | Body Destination: |

HEMOTHORAX DUE TO WOUNDS CAUSED BY A PROJECTILE FROM A FIREARM

**Cause of Death**

| Notes: | Certification: |
|---|---|
| No notes.. | This certificate is issued, pursuant to Articles 21, 22, 28 and 40 of the Michoacán Family Code; 16 sections IX, IX BIS and 22 of the Organic Law for the Civil Registry of Michoacán; 26 and 34 of the Organic Law for the Civil Registry of Michoacan and the Agreement issued July 31, 2017 by the Michoacán Secretary of Government. The electronic signature is current at time of issue; it is legally valid and has probative value according to the legal provisions on the matter. ON THIS THE 26 DAY OF THE MONTH OF JANUARY, 2022. I ATTEST. |

### Electronic Signature:

RU FQ ST kw MD Uw NU hN TI NO Vj A1 fE pP U0 Ug SV ZB Tn xF U1 RS
QU RB fF BP Tk NF fD Ix Nj A4 Mj Aw MD Ey MD Iw MD Ay MT Aw fE 18 MD
Uv MD Uv MT k5 MH xN SU NI T0 FD QU 4g RE Ug T0 NB TV BP fG 51 bG

QR Code





**Verification Code**

2160820001202000210O

MICHOACAN CIVIL RESGISTRY DIRECTOR
LENIN ALEXANDER ALVAREZ GARCIA, ESQ.

The contents of this certificate may be verified through this link: https://cevar.registrocivil.gob.mx/eVAR/ConsultaFolio.or with the Electronic Identification Number on the upper right hand portion of this document.

 

OFFICE OF THE DIRECTOR GENERAL
NATIONAL REGISTRY FOR
POPULATION AND PERSONAL
IDENTIFICATION



[OFFICE FOR THE MINISTRY OF THE INTERIOR]

National Council for Civil Registry Officers

[Watermark on death certificate : UNITED MEXICAN STATES I am Mexico]



[Graphic elements in the source have been reproduced in full and either translated or described as applicable.]

[The above translation of a two-page document is a true and accurate translation into English of the source text in Spanish, performed to the best of my knowledge and ability. Certified on February 4, 2022 by Martha Gutiérrez Shepard, Administrative Office of the U.S. Courts Certified Spanish Interpreter.]