Attorney Name and Address:

Cassandra L. Lopez
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

PHONE: 760/234-8467

_____ RETAINED   **X**   APPOINTED

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE: Marilyn L. Huff

COURT REPORTER: Lynnette Lawrence

UNITED STATES OF AMERICA

vs.

RAMIRO PONCE-GALVAN,

CASE NO. 21CR2227-H

NOTICE OF APPEAL     (Criminal)

Notice is hereby given that Ramiro Ponce-Galvan, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:     (check one)

(✓) Final Judgment
( ) Sentence Only (sentence imposed) _____
( ) Order (describe) _____
entered in this proceeding on the  24th  day of  May , 2022

If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)  _____ Yes  _____ No

Date: May 24, 2022

s/ Cassandra L. Lopez
Signature

Transcripts required*  X  Yes  _____ No

Date  ( ) Indictment     (✓) Information Filed: August 5, 2021
Bail status: custody

Will there be a request to expedite the appeal?  _____ Yes  **X** No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd Nov 16, 2009